UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODGERICK BOOTH,

    Plaintiff,                                                 Case No. 22-cv-10343

vs.                                                      HON. MARK A. GOLDSMITH

MICHAEL BOUCHARD,

    Defendant.
_____/

**ORDER
(1) ACCEPTING THE RECOMMENDATION CONTAINED IN THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION (Dkt. 20) and (2) GRANTING
DEFENDANT'S MOTION TO DISMISS (Dkt. 17)**

This matter is presently before the Court on the report and recommendation (R&R) of Magistrate Judge Jonathan J.C. Grey (Dkt. 20). In the R&R, the Magistrate Judge recommends that the Court grant Defendant Michael Bouchard's motion to dismiss (Dkt. 17).

The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right to further judicial review. See Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Smith v. Detroit Fed'n of Teachers, 829 F.2d 1370, 1373-1374 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); Cephas v. Nash, 328 F.3d 98, 108 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Lardie v. Birkett, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the parts of the report and

recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. See Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error. On the face of the record, the Court finds no clear error and accepts the recommendation.

      Accordingly, the Court accepts the recommendation in the magistrate judge's R&R (Dkt. 20) and grants Bouchard's motion to dismiss (Dkt. 17).

      SO ORDERED.

Dated: December 28, 2022                       s/Mark A. Goldsmith  
      Detroit, Michigan                          MARK A. GOLDSMITH  
                                                     United States District Judge